James G. O'Donohue, Esq.
Hill Wallack LLP
202 Carnegie Center
CN5226
Princeton, NJ 08543-5226
Phone: (609) 924-0808
Fax: (609) 452-1888
Email: jodonohue@hillwallack.com
Attorneys for Plaintiff Shavel Associates, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAVEL ASSOCIATES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>ANAND INTERNATIONAL, SURESH GARG, RAKESH GARG AND KOMAL GARG,<br><br>Defendants. | CIVIL ACTION NO.: 12-7318 |

## REQUEST FOR ENTRY OF DEFAULT

Plaintiff, Shavel Associates, Inc. ("Plaintiff"), requests that entry of judgment by default be entered against defendants, Anand International, Suresh Garg, Rakesh Garg, and Komal Garg, pursuant to Federal Rules of Civil Procedure 55(b)(2). In support of this request, Plaintiff relies upon the record in this case and the affidavit submitted herein.

Dated: January 17, 2013

                                                    HILL WALLACK LLP

                                       By: /s/*James G. O'Donohue*
                                               James G. O'Donohue, Esq.
                                               Attorneys for Plaintiff,
                                               Shavel Associates, Inc.
                                               202 Carnegie Center
                                               Princeton, New Jersey 08540
                                               (609) 924-0808
                                               jodonohue@hillwallack.com

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing

**REQUEST FOR ENTRY OF DEFAULT**

is to be electronically filed. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


| January 17, 2013 | /s/*James G. O'Donohue* |
|---|---|
| Date | James G. O'Donohue |