

# Hill Wallack LLP
Attorneys at Law

202 Carnegie Center
P.O. Box 5226
Princeton, New Jersey 08543-5226
609.924.0808 *main* | 609.452.1888 *fax*

www.hillwallack.com

Writer's Direct Dial: (609) 734-6314
jodonohue@hillwallack.com

May 5, 2014

Honorable Lois H. Goodman
United States Magistrate Judge
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re: Shavel Associates v. Anand Internatinoal, et al
Case No.: 12-cv-7318-PGS-LHG

Dear Judge Goodman:

We represent the plaintiff, Shavel Associates, in the above referenced matter. We have a pending Motion to Deem Service Complete or Permit Alternate Service before Your Honor for consideration. We were advised that service was effectuated upon the defendants on May 2, 2014. We have enclosed affidavits from the Joint Secretary and Legal Advisor of the Ministry of Law and Justice in New Delhi.

We respectfully submit that the Complaint has been served and that a case management conference in order to set deadlines on matters going forward. Thank you for Your Honor's consideration of this matter.

Respectfully submitted,

James G. O'Donohue

JGO:mm
Enclosure

cc: All counsel of record via ECF

{03341724; 1}

No. 594 Dated 19-2-2014

From:

    Amit Garg,
    Civil Judge ( Senior Division),
    Panipat.

To

    Sh. M. A. Khan Yusuf,
    Joint Secretary and Legal Adviser,
    Government of India, Ministry of Law
    And Justice Department of Legal Affairs,
    Shastri Bhawan, New Delhi-110001.
    (Through Proper Channel)

Subject:-   Service of notices in case Civil Action No. 12-7318 PGS case titled as SHAVEL ASSOCIATES, INC (Plaintiff) Vs. ANAND INTERNATIONAL, et al (Defendant)

Respected Sir,

        With reference to your office No. F.No.12(387)/12-F dated Nil on the subject cited above.

        I have the honour to forward herewith the copy of summons along with the reports dated 17.02.2014 of Sh. Jai Pal, Bailiff of the following parties for onward transmission to the Joint Secretary ( Judicial), Ministry of Law & Justice, Shastri Bhawan, New Delhi:

| Sr. No. | Name of the parties | Report |
|---|---|---|
| 1. | Defendant : Anand International Firm, Sector-29, Panipat, HARYANA | Refused by Proprietor Suresh Garg but served through his accountant Shri Vikash |
| 2. | Defendant : Suresh Garg | Refused by Suresh Garg but served through his accountant Shri Vikash |
| 3 | Defendant : Rakesh Garg | served through accountant Shri Vikash |
| 4 | Defendant : Komal Garg | served through accountant Shri Vikash |

Thanking you,

Yours faithfully,
( Amit Garg ) 19-2-14

Sir,

*After reaching in Anand International Firm,Sector-29, Panipat Prop of Anand International Firm Komal Garg was searched out many times but she was not found present there. On dated 17.2.2014 at 1.20 P.M, the summon was served through Vikas accountant on behalf of Komal Garg by giving him one copy of complaint and summon.*

Report submitted please.

Sd/-

Jai Pal,Baliff. 17.02.2014.

Affidavit.

I solemnly state that my aforesaid
Report is true and correct.

Sd/-Jai Pal, Baliff. 17.2.2014.

Attested

Sd/-

Civil Nazir to

CJ(SD),Panipat. 18.02.2014.

Sir,

Last and final report of Baliff.

(Anand International Prop. Suresh Garg Refused and served

through Accountant Vikas)

Submitted

Sd/-

Bhag Singh,Naib Nazir,Panipat.

18.2.2014.

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-7318 PGS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Komal Garg, Shovel Associates, Inc. Anand Intern'l etc.
was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* at Sect. 28, HUDA, Panipat
on *(date)* 17-02-2014 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* Komal Garg
_____ , a person of suitable age and discretion who resides there,
on *(date)* 17-02-2014 and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Komal Garg through Account who is (Vikash)
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* 17-02-2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: Service was effected on Vikash Account of the said firm on behalf of Komal Garg as he was not found present on the spot despite repeated efforts.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature: Jai P.P. Singh

Printed name and title: Shovel Associates, Inc. Anand Inter etc.

Jaipal Singh Bablu
Server's address: District Court Panipat
Serving Agency

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

SHAVEL ASSOCIATES, INC.

*Plaintiff*

v.                                         Civil Action No. 12-7318 PGS

ANAND INTERNATIONAL, et al

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ANAND INTERNATIONAL

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JAMES GREGORY O'DONOHUE
HILL WALLACK
202 CARNEGIE CENTER
PRINCETON, NJ 08543-5226
609-924-0808

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date:  06/13/2013                              _____
                                               *Signature of Clerk or Deputy Clerk*

विकास

Recd.
Vikas
DTD:- 17/02/2014
Seventeen February Two Thousand fourteen
Time = 01:20 PM

श्रीमान जी,

थाने पर से कार्ट 29 आनन्द इन्टर नेशनल फर्म पर एक सुरेश गर्ग आज तिथि 17-2-2014 को हाजिर मिला उसको समन तामिल करने के लिए कहा तो उसने साफ इन्कार कर दिया बताते कहा कि मेरे अपाइंटमेंट का है तो आज तिथि 17-2-2014 को 1 बज कर 20 मी०ट० पर विकास अपाइंटमेंट का एक पाती समन व दावा कापी दे कर तामिल कराई में कार्य गई रिपोर्ट मेरा है ।

Jaipal Singh. B.O.C.
17-2-2014

Jaipal Singh. B.O.C.
18-2-2014

ATTESTED

r.o.c./c.n. to c.J.s.p.
PANIPAT
18-2-2014

Award and capational
Pub several library
refused
served through
Accountant

Vikas
18.2.2014

Sir,

After reaching Anand International Firm, Sector-29, Panipat Prop. of Anand International Fir, Sh. Suresh Garg was present there on 17.2.2014. He refused to receive the summon directly and stated to receive the same to his accountant. On dated 17.2.2014 at 1.20 P.M, the summon was served through Vikas the accountant by giving him one copy of complaint and summon.

Report submitted please.

Sd/-

Jai Pal, Baiiff. 17.02.2014.

Affidavit.

I solemnly state that my aforesaid
Report is true and correct.

Sd/-Jai Pal, Baliff. 17.2.2014.

Attested

Sd/-

Civil Nazir to

CJ(SD), Panipat. 18.02.2014.

Sir,

Last and final report of Baliff.

(Anand International Prop. Suresh Garg Refused and served

through Accountant Vikas)

Submitted

Sd/-

Bhag Singh, Naib Nazir, Panipat.

18.2.2014.

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-7318 PGS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Anand International firm, Shavel Associates, Inc
was received by me on *(date)* 31-01-2014.                                                     V. Anand International etc

☐ I personally served the summons on the individual at *(place)* at Sector-29, HUDA, Panipat
_____ on *(date)* 17-02-2014 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* Anand International
_____, a person of suitable age and discretion who resides there,
on *(date)* 17-02-2014, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Anand International firm th. Vikas who is (Accountant)
designated by law to accept service of process on behalf of *(name of organization)* Anand Int. firms
17-02-2014                                      on *(date)* 17-02-2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: Service got effected on Anand International firms through Vikas Accountant of the said firm as the Prop. clearly refused to accept the summon.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: _____
                                                          *Server's signature*
                                                          Jai Pal B.O.C

                                                          *Printed name and title*
                                                          SHAVEL ASSOCIATES, Inc
                                                          V
                                                          Anand International, et.
Jai Pal, Baliff Serving Agency District Court
Panipat       *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of New Jersey

| | |
|---|---|
| SHAVEL ASSOCIATES, INC. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 12-7318 PGS |
| ANAND INTERNATIONAL, et al | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SURESH GARG

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    JAMES GREGORY O'DONOHUE
HILL WALLACK
202 CARNEGIE CENTER
PRINCETON, NJ 08543-5226
609-924-0808

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date: _____06/13/2013_____

*Signature of Clerk or Deputy Clerk*

विकारा

Vikas

DTD - 17/02/2014
seventeen february Two thousand fourteen
Time: 01:20 PM

श्रीमान जी,

शानीपत सेक्टर 29 आनन्द इन्टरनेशनल कम्पनी में जाकर सुरेश गर्ग को समन तामील कराने के लिए कहा तो उन्होंने तामील कराने से इन्कार कर दिया जबानी कहा कि मेरे हेडर में अकाउन्टेन्ट को दे दो आज ही थी 17-2-2014 को 1 बजकर 20 मिनट पर विकास अकाउन्टेन्ट को एक प्रतल समन देकर तामील बजरिए कार्य गई रिपोर्ट पेश है।

Jaipal Singh. B.O.C.
17-2-2014

ध्यान हल्का
हल्क चे ध्यान करवा
कर लिखी

Jaipal Singh. B.O.C. gir
18-2-2014

ATTESTED

suresh garg = Refused
served through
Accountant vikash
18/2/014

N.O.O./C.N. to C.J.M.
PANIPAT
18-2-2014

Sir,

After reaching Anand International/Sector-29, Panipat Sh. Suresh Garg was present there on 17.2.2014. He refused to receive the summon directly and stated to receive the same to his accountant. On dated 17.2.2014 at 1.20 P.M. the summon was served through Vikas the accountant by giving him one copy of complaint and summon.

Report Submitted please.

Sd/-

Jai Pal, Baliff. 17.02.2014.

Affidavit.

I solemnly state that my aforesaid Report is true and correct.

Sd/-Jai Pal, Baliff. 17.2.2014.

Attested

Sd/-

Civil Nazir to

CJ(SD), Panipat. 18.02.2014.

Sir,

Last and final report of Baliff.

(Anand International Prop. Suresh Garg Refused and served through Accountant Vikas)

Submitted

Sd/-

Bhag Singh, Naib Nazir, Panipat.

18.2.2014.

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-7318 PGS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Suresh Garg Def No 2, Gravel Associates I

was received by me on *(date)* _____ .      Anand International )

☐ I personally served the summons on the individual at *(place)* at Sector-28, HUDA, Panipat

on *(date)* 17-02-2014 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* Anand International

_____ , a person of suitable age and discretion who resides there,

on *(date)* 17-02-2014, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* Suresh Garg thro Accountant Vikas who is

designated by law to accept service of process on behalf of *(name of organization)* Anand International

on *(date)* 17-02-2014; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: Service got effected on Suresh Garg through Vikas Accountant of the said firm as the def No 2 (Suresh Garg) refused to accept the summons.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

Jai Pal B.
*Printed name and title*
Gravels Associates, Inc.
Anand International

Jaipal Bailiff Serving Agency District Court
Panipat.
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | | |
|---|---|---|
| SHAVEL ASSOCIATES, INC. | ) | |
| *Plaintiff* | ) ) | |
| v. | ) | Civil Action No. 12-7318 PGS |
| ANAND INTERNATIONAL, et al | ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RAKESH GARG

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JAMES GREGORY O'DONOHUE
HILL WALLACK
202 CARNEGIE CENTER
PRINCETON, NJ 08543-5226
609-924-0808

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**

*CLERK OF COURT*

Date: 06/13/2013

*Signature of Clerk or Deputy Clerk*

Recd.
Vikas.
OTO- 17/02/2014
Seventeen February Two Thousand fourteen
Time- 01:20 PM

Anand International
Auth. Signatory

श्रीमान जी,
पानीपत सैक्टर 29 आनन्द इन्टरनेशनल फैक्टरी में बार-बार जाकर सुकेश गर्ग को तलाश किया तो कोई भी हाजिर नहीं मिला उनकी तलाश में आज मिति 17-2-2.14 को 1 बजकर 20 मिनट पर रेलवे पार्ट समन बै कार्ट विकास अकाउन्टेन्ट की तामिल वजरिये कार्य गई रिपोर्ट पेश है।

Jaipal Singh. B.O.C.
17-2-2014

व्यान हमारा
मैं हुनक ये व्यान करता हूं कि
ऊपर लिखी लिखित ।

नाम Jaipal Singh. B.O.C.
18-2-2014

ATTESTEL
B.O.C./C.N. to C.J.M.P
GANGPAT

18-2-2014

Served Through
Accountant Vikash
18/2/014

Sir,

After reaching in Anand International Firm, Sector-29, Panipat Rakesh Garg was searched out many times but he was not found present there. On dated 17.2.2014 at 1.20 P.M, the summon was served through Vikas accountant on behalf of Rakesh Garg by giving him one copy of complaint and summon.

Report submitted please.

Sd/-

Jai Pal, Baliff. 17.02.2014.

Affidavit.

I solemnly state that my aforesaid
Report is true and correct.

Sd/-Jai Pal, Baliff. 17.2.2014.

Attested

Sd/-

Civil Nazir to

CJ(SD), Panipat. 18.02.2014.

Sir,

Last and final report of Baliff.

(Anand International Prop. Suresh Garg Refused and served

through Accountant Vikas)

Submitted

Sd/-

Bhag Singh, Naib Nazir, Panipat.

18.2.2014.

Case 3:12-cv-07318-PGS-LHG Document 28 Filed 06/13/13 Page 6 of 8 PageID: 297

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 12-7318 PGS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rakesh Garg, Shavel Associates, Inc.
Anand International, etc.
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* at Sector-29, HUDA Panipat.
on *(date)* 17-02-2014 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* Rakesh Garg through Vikesh Accountant of firm, a person of suitable age and discretion who resides there,
on *(date)* 17-02-2014 and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* 17-02-2014 Rakesh Garg, who is
designated by law to accept service of process on behalf of *(name of organization)* Anand International
on *(date)* 17-02-2014 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* Service not effected through Vikesh Accountant of the said firm as Rakesh Garg was not found on the spot despite repeated efforts.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature: Ja.P.S.B.OC

Printed name and title: Shavel Associates, Inc.
Anand International, etc.

Server's address: Jai Balaji Bailiff Serving Agency, District Court Panipat

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of New Jersey

| | |
|---|---|
| SHAVEL ASSOCIATES, INC. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 12-7318 PGS |
| ANAND INTERNATIONAL, et al | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KOMAL GARG

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  JAMES GREGORY O'DONOHUE
HILL WALLACK
202 CARNEGIE CENTER
PRINCETON, NJ 08543-5226
609-924-0808

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**WILLIAM T. WALSH**
*CLERK OF COURT*

Date: _____06/13/2013_____         _____
*Signature of Clerk or Deputy Clerk*

विकाश अकाउन्ट्स

Recd.
Vikas
DTD. 17/02/2014
17th February Two Thousand fourteen
Time = 01:20 PM

M/s Anand Internal...
Auth. Signatory

श्रीमान जी,
चानीपत में कार्य २१ आनन्द इन्टरनेशनल
कर्म के मालिक कोमल गर्ग को बार-बार जा
कर तलाश किया तो मौके पर हाजिर
नहीं मिले उनकी तरफ से अकाउंटेन्ट
विकाश हाजिर मिला उनको एक पूर्ण
समन देकर आज रोजी १७-२-२०१४ को
1 बजकर 20 मिनट पर तामिल कराई य
कराई गई रिपोर्ट पेश है।

ब्यान हल्फ़ा।
मैं हल्फ़ से ब्यान करता हूं
ऊपर लिखी ...मेरी ...:
नाम ह: Jaipal Singh. B.O.C. 17-2-2014
18-2-2014
ATTESTED

Jaipal Singh. B.O.C.

O.C./C.N. to C.J.S.R.
PANIPAT
18-2-2014

Served Through
Accountant
Vikash
18/2/2014

F.No. 12(387)/12-J

FTS No. 6125/RLI/13
No.12(80)/2014-Judl
**Department of Legal Affairs**
**Judicial Section**

The Notice/Summon received for processing under the provision of 'The Hague Convention of 1965 in Civil and Commercial Matters' are sent herewith for taking further necessary action as per details mentioned below. A copy of our OM dated 18.08.2011 has been printed over leaf, which may also be perused for ready reference.

| Sl. No. | Particulars of information | |
|---|---|---|
| 1. | As per experience, various foreign authorities are not entertaining our request for legal assistance in such matters if the date of appearance of respondents/hearing of case are less than three months. Due to large no of such requests being received from various courts in India/ foreign authorities, this Department also needs one-two month time in processing the requests in this department as well as the time taken by postal department. Kindly issue a fresh notice/summon providing 4-5 months time in advance for affecting the service in foreign countries. | |
| 2. | Kindly send the Notice/summon in original alongwith the copy of petition in duplicate. | |
| 3. | Full address of the party and translation of the documents in the official language of requesting country wherever necessary(viz in the case of China, Arabic Countries etc.) | |
| 4. | The Central Authority, USA has authorized to receive the summons/notices under Hague Convention of 1965 to an agency, Process Forward International,633 Yesler Way, Seattle, WA 98104, USA. The Notice/summons for service in USA may therefore be sent directly by the Courts to Process Forwarding International along with the required fee etc. (details available at www.hcch.net). | |
| 5. | Ministry of Home Affairs is the nodal ministry and Central Authority for seeking and providing the legal assistance in criminal law matters. Ministry of Home Affairs receives all kind of such requests, examines and takes appropriate action( as per circular no T 4410/14/2005 dated 30.04.2010 of Ministry of External Affairs).Please send the documents to Legal Cell, Internal Security-II Dvsn., MHA, Hall-B, 1st floor, NDCC-II Building, Jai Singh Road, New Delhi-110001. PH- 23438115/8184/8083, Fax-8045, Email-us-legal@mha.gov.in. | |
| 6. | The Central Authorities in Canada are charging a cost of Rs. s 50.00 Canadian for the process of service under the Hague convention of Service Abroad of Judicial and Extra-Judicial Matters, 1965. The payment, accompanying the documents to be served, must be in the form of a traveller's cheque or a cheque, in the amount of Can $50. The travellers cheque or cheque must be drawn on a Canadian Bank. The details may be seen at www.hcch.net. | |
| 7. | Consulate General of India in Sydney has informed that the Sheriff's Office of NSW levies a fee of AUD 54 for serving summons through their office. The fee could be remitted in favour of the Consulate General of India, Sydney and the details of the 'Head of Account' under which such payment has to be debited be provided for making necessary action. (details available at www.hcch.net). | |
| 8. | The documents as received ~~~~~~~~~~~ in original are sent herewith for taking further necessary action at your end. | ✓ |
| 9. | The summon/notice sent to the foreign country for service has been received back from them for want of some requirement as mentioned in their report. In order to send a fresh request by completing all procedural requirements as desired by that country, a fresh summon/notice in the matter is required so that this Department could send on another request for doing needful in the matter. | |
| 10. | Kindly send the request in the prescribed 'Request Form' under the Hague convention of 1965. | |
| 11. | Kindly send the original court notice( containing the seal of the court). | |

Assistant Legal Adviser (Judl.)

SO(Judl.)

F.No. 12(77)10Judl
Government of India
Ministry of Law and Justice
Department of Legal Affairs
(Judicial Section)

Shastri Bhawan, New Delhi
Dated 18.8.2011

### Office Memorandum

Sub: Service Abroad of Judicial and Extra-judicial Documents under the Hague Convention of 1965/Mutual Legal Assistance Treaties/Reciprocal arrangements with foreign countries in Civil and commercial Matters-regarding
**********

The undersigned is directed to refer to the subject cited above and to state that this Department is the Central authority for service e of summons/notices in foreign countries under the provisions of the above Agreements.

2. It has been observed by this Department that a large numbers of documents received from the various courts are incomplete in one respect or the other and it gets quite difficult to process those documents to the foreign countries for service.

3. It is therefore requested to all Registrar Generals of supreme Court/High Courts to circulate the following information to the courts within their jurisdiction with the direction to ensure the particulars of documents before sending the same to this Department:-

| S. No | Particulars of information | |
|---|---|---|
| 1. | Summons/Notices in duplicate shall be issued providing 3 months time in advance this to Department for affecting the service in foreign countries | |
| 2. | Full address of the party and translation of the documents in the official language of requesting country wherever necessary. | |
| 3 | The Central Authority, USA has authorized to receive the summons/notices under Hague Convention of 1965 to an agency, Process Forward International. The Notice/summons for USA may therefore be sent directly by the Courts to Process Forwarding International, 633 Yesler Way, Seattle, WA 98104, USA along with the required fee etc.(details available at www.hcch.net). | |
| 4 | Ministry of Home Affairs is the nodal ministry and Central Authority for seeking and providing the mutual legal assistance in criminal law matters. Ministry of Home Affairs receives all kind of such requests, examines and takes appropriate action(as per circular no T4410/14/2006 dated 30.04.2010 of Ministry of External Affairs) | |
| 5 | The Central Authorities in Canada are charging a cost of Rs. $ 50.00 Canadian for the process of service under the Hague convention of Service e Abroad of Judicial and Extra Judicial Matters,1965. The payment accompanying the documents to be served must be in the form of a traveller's cheque or a cheque, in the amount of Can $50 per request. The travellers cheque or cheque must be drawn on a Canadian Bank. The details may be seen at www.hcch.net | |
| 6 | Consulate General of India in Sydney has informed that the Sheriff's Office of NSW levies a fee of AUD 54 for serving summons through their office. The fee could be remitted in favour of the Consulate General of India, Sydney and the details of the 'Head of Account' under which such payment has to be debited be provided for making necessary action.. (details available at www.hcch.net). | |
| 7 | This Department process the service of summons/notices in civil and commercial matters issued by an Indian court fore service on a person residing in a foreign country with which there is any reciprocal arrangement. The list of member State/non-member State may be seen at www.hcch.net | |

4 Since the number of requests from various courts on the subject has increased to manifold, the incomplete documents received in this regard will be returned to the court concerned with a copy of this circular

5. This issues with the approval of Hon'ble MLJ

(M.A.Khan Yusufi)
Joint Secretary and Legal Adviser