UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAVEL ASSOCIATES, INC.,<br><br>                                      Plaintiff,<br><br>v.<br><br>ANAND INTERNATIONAL, SURESH GARG, RAKESH GARG AND KOMAL GARG,<br><br>                                      Defendants. | Case No. 3:12-CV-7318-PGS-LHG<br><br>**SUPPLEMENTAL CERTIFICATION OF JAMES G. O'DONOHUE IN FURTHER SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO BE ADMITTED** *PRO HAC VICE* |

I, JAMES G. O'DONOHUE, being of full age, hereby certify as follows:

1. I am an attorney-at-law of the State of New Jersey and a partner with Hill Wallack, LLP, attorneys for plaintiff, Shavel Associates, Inc. ("Shavel"). As such, I am personally familiar with the facts set forth herein. I submit this Supplemental Certification in further support of Plaintiff's opposition to defendants' Motion To Be Admitted *Pro Hac Vice*.

2. A true and correct copy of the Memorandum and Order of the Honorable Dora L. Irizarry entered in the U.S. District Court, Eastern District of New York (Brooklyn), Case No. 1:13-cv-03079 and dated March 27, 2014 is attached hereto as **Exhibit A.**

3. A true and correct copy of the letter from Karamvir Dahiya, Esq. to the Hon. Elizabeth Strong dated June 8, 2012 is attached hereto as **Exhibit B**.

4. A true and correct copy of the letter from Avrum J. Rosen to the Hon. Elizabeth S. Strong dated June 11, 2012 is attached hereto as **Exhibit C**.

5. A true and correct copy of the Summary Order issued by the United States Court of Appeals For the Second Circuit, Case No. 11-1520-ess and dated June 17, 2014 is attached hereto as **Exhibit D**.

{03572762; 1}

I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

By:___*/s/ James G. O' Donohue*___
James G. O'Donohue

Dated: October 3, 2014